**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

**SOUTHERN DIVISION**

In re:

**James C. McDaniel and Amy L. McDaniels**,

    Debtors.

_____/

Docket No. 18-00748-swd
Chapter 7
Hon. Scott W. Dales

**ORDER**

At a session of this Honorable Court held in Grand Rapids, Michigan on _____.

**Present:**   Hon. Scott W. Dales
United States Bankruptcy Judge

This matter having come before the Court on the ExParte Motion to Extend Time for Entry of Reaffirmation Agreement, and this Court being fully advised of the facts and circumstances of this case,

IT IS ORDERED that the time for the Debtors to enter into a reaffirmation agreement with respect to 1805 Wesley Place, Lansing, MI 48906 is extended 45 days from the date of this order.

**End of Order**

Prepared by:

Norman C. Witte (P40546)
Witte Law Offices, PLLC
119 E. Kalamazoo Street
Lansing, Michigan 48933
(517) 485-0070